IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACOB DANIEL FAIRBANKS, #Y25678, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-00367-JPG |
| | ) |
| DAVE MAHONE, | ) |
| MARNIE WEB, | ) |
| and JUSTIN FINFROCK, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Plaintiff Jacob Fairbanks filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983 on April 7, 2021. (Doc. 1). In the Complaint, Plaintiff claims that Effingham County Jail bypassed COVID-19 quarantine requirements and caused an outbreak at the Jail in August 2020. (*Id*. at 6). He seeks monetary and injunctive relief. (*Id*. at 7).

Along with the Complaint, Plaintiff filed a motion for leave to proceed *in forma pauperis* (IFP motion) without prepaying the full $402.00 filing fee for this action. (Doc. 2). The Court denied the motion after finding that Plaintiff failed to establish his indigence. (Doc. 5). Before proceeding any further with the action, Plaintiff was required to prepay the filing fee in full. The deadline for doing so was May 17, 2021. (*Id*.). Plaintiff was warned that failure to pay the fee by the deadline would result in dismissal of this case without prejudice for failure to comply with a court order. (*Id*.) (citing Fed. R. Civ. P. 41(b)).

In addition, Plaintiff was advised of his obligation to update his address with the Court within seven (7) days of any address change by filing a Notice of Change of Address. (Doc. 3). He was warned that failure to do so could also result in dismissal of the case. (*Id*.).

1

The deadline for paying the full filing fee has passed, and Plaintiff has not responded to the Court's Order for payment of the fee.  (Doc. 5).  He has not requested an extension of the deadline to make payment.  Several documents addressed to Plaintiff have been returned to the Court undeliverable, including the Order (Doc. 5) denying his IFP motion.  (*See also* Docs. 4-5, 7-8).  This is because Plaintiff also failed to comply with the Court's Order to update his address.  (*See* Doc. 3).

**IT IS HEREBY ORDERED** that, based on the foregoing, this action is **DISMISSED** without prejudice for failure to prosecute the action and for failure to comply with this Court's Orders (Docs. 3 and 5).  FED. R. CIV. P. 41(b).  *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).  This dismissal shall **NOT** count as one of the three "strikes" allotted to Plaintiff under 28 U.S.C. § 1915(g).  Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, so the filing fee of $402.00 remains due and payable.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case; a separate order shall be entered to deduct payment of the filing fee from Plaintiff's account.

**IT IS SO ORDERED.**

**DATED:  5/18/2021**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**